## Anthony M. MASI, Appellant,

v.

## Chris and Mindy GIANOULAKIS, Respondents.

### No. 70882.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 29, 1997.

Mark M. Wenner, Patrick Niall Mehan, Clayton, for plaintiff/appellant.

Peter C. Woods, Kohn, Shands, Elbert, Gianoulakis & Giljum, St. Louis, for defendants/respondents.

Before AHRENS, C.J., CRANDALL, J., and WILLIAM M. ELLIS, Special Judge.

---

**38**

## *ORDER*

PER CURIAM.

Anthony M. Masi appeals from a summary judgment order entered by the Circuit Court of St. Louis County dismissing his claims against Chris and Mindy Gianoulakis for negligent and intentional failure to disclose a defective condition in the home they sold him. Perceiving no jurisprudential value in a published opinion, we enter this summary order.

Judgment affirmed. Rule 84.16(b).